*CK# 115*
*Receipt # 129007*

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re: WETMORE, JAMES       Case No. 09-36975
       WETMORE, JANET HURLEY

Judge: RICHARD L SPEER

## REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| PDI Toledo | 5192 Chillicothe Rd #102, Chagrin Falls, OH 44022 | $2.29 |
| RJM Acquisitions LLC | 575 Underhill Blvd, Ste 224, Syosset, NY 11791 | $0.87 |
| RJM Acquisitions LLC | 575 Underhill Blvd, Ste 224, Syosset, NY 11791 | $3.14 |
| Premium Asset Recovery | PO Box 1810, Warren, MI 48090 | $0.43 |
| Premium Asset Recovery | PO Box 1810, Warren, MI 48090 | $0.43 |

Check #115 for $7.16 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

*/s/ P. Baumgartner-Novak*
Patti Baumgartner-Novak, Trustee

Dated: 10/22/10

cc: Office of the U.S. Trustee